**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
Kenneth A. Brady
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6261
Fax: (212) 230-8888
kenneth.brady@wilmerhale.com

Michael G. Bongiorno (*pro hac vice
pending*)
Alexandra B. Lavin (*pro hac vice
pending*)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
alexandra.lavin@wilmerhale.com

*Attorneys for Defendants LogicBio
Therapeutics, Inc., Frederic
Chereau, and Matthias B. Jaffé*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN R. AFINOWICZ, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LOGICBIO THERAPEUTICS, INC., FREDERIC CHEREAU, and MATTHIAS B. JAFFÉ,<br><br>　　　　Defendants. | Case No. 2:20-cv-03009-MCA-LDW<br><br>**MOTION DATE: June 15, 2020** |

**NOTICE OF 28 U.S.C. § 1404 MOTION TO TRANSFER**

TO: THE CLERK OF COURT AND ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 15, 2020, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants LogicBio Therapeutics, Inc., Frederic Chereau, and Matthias B. Jaffé ("Defendants"), will move before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for an Order, pursuant to 28 U.S.C. § 1404(a), to transfer the above-captioned matters to the United States District Court for the District of Massachusetts.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Defendants will rely upon the Brief, Declaration of Bryan Yoon, Esq., Declaration of Kenneth Brady, and the accompanying exhibits submitted herewith. A proposed order is also submitted herewith.

Respectfully submitted,

Dated:  May 13, 2020

/s/ Kenneth A. Brady
Kenneth A. Brady
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6261
Fax: (212) 230-8888
kenneth.brady@wilmerhale.com

Michael G. Bongiorno (*pro hac vice pending*)
Alexandra B. Lavin (*pro hac vice pending*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
617 526 6000 (t)
617 526 5000 (f)
michael.bongiorno@wilmerhale.com
alexandra.lavin@wilmerhale.com

*Attorneys for Defendants LogicBio Therapeutics, Inc., Frederic Chereau, and Matthias B. Jaffé*