**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**
Kenneth A. Brady
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6261
Fax: (212) 230-8888
kenneth.brady@wilmerhale.com

Michael G. Bongiorno (*pro hac vice pending*)
Alexandra B. Lavin (*pro hac vice pending*)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
alexandra.lavin@wilmerhale.com

*Attorneys for Defendants LogicBio Therapeutics, Inc., Frederic Chereau, and Matthias B. Jaffé*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN R. AFINOWICZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LOGICBIO THERAPEUTICS, INC., FREDERIC CHEREAU, and MATTHIAS B. JAFFÉ,<br><br>    Defendants. | Case No. 2:20-cv-03009-MCA-LDW<br><br>**MOTION DATE: June 15, 2020** |

**DECLARATION OF SEOKHO BRYAN YOON, ESQ., IN SUPPORT OF MOTION TO TRANSFER**

I, Seokho Bryan Yoon, Esq., declare as follows:

1.      I am Chief Administrative Officer, General Counsel, and Corporate Secretary for Defendant LogicBio Therapeutics, Inc., ("LogicBio").  I have been employed by LogicBio since November 2019.

2.      I am over the age of eighteen years, and I am competent to testify about the matters set forth in this declaration based upon personal knowledge, my experience working at LogicBio, and review of information taken from records kept by LogicBio in the regular course of business.  If called as a witness I could and would testify as stated herein.

3.      LogicBio is a Delaware corporation, with headquarters located in Lexington, Massachusetts.

4.      LogicBio moved its headquarters from Cambridge, Massachusetts to Lexington, Massachusetts in April 2020, after the purported class period ended.

5.      Defendants Frederic Chereau (President and Chief Executive Officer) and Mathias B. Jaffé (Chief Financial Officer) are based out of LogicBio's Lexington, Massachusetts headquarters and reside in Massachusetts.

6.      The alleged statements giving rise to plaintiff's securities fraud claims were all made from LogicBio's former headquarters location in Cambridge, Massachusetts.

7.    To the best of my knowledge and belief, most documents relevant to the statements at issue in the above-captioned federal securities class action are located in Massachusetts.

8.    To the best of my knowledge and belief, most of the LogicBio employees who possess knowledge relevant to the above-captioned federal securities class action reside or work in Massachusetts.

9.    To the best of my knowledge and belief, no one at LogicBio with any meaningful connection to the facts or allegations of this litigation is located in New Jersey.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 12 , 2020

_____
Seokho Bryan Yoon, Esq.