**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
Kenneth A. Brady
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6261
Fax: (212) 230-8888
kenneth.brady@wilmerhale.com

Michael G. Bongiorno (*pro hac vice
pending*)
Alexandra B. Lavin (*pro hac vice
pending*)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
alexandra.lavin@wilmerhale.com

*Attorneys for Defendants LogicBio
Therapeutics, Inc., Frederic
Chereau, and Matthias B. Jaffé*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN R. AFINOWICZ, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LOGICBIO THERAPEUTICS, INC., FREDERIC CHEREAU, and MATTHIAS B. JAFFÉ,<br><br>    Defendants. | Case No. 2:20-cv-03009-MCA-LDW<br><br>**MOTION DATE: June 15, 2020** |

## DECLARATION OF KENNETH A. BRADY IN SUPPORT OF MOTION TO TRANSFER

I, Kenneth A. Brady, an attorney duly admitted to practice in law in the Courts of the State of New Jersey and the U.S. District Court for the District of New Jersey, declare as follows:

1.      I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants LogicBio Therapeutics, Inc, Frederic Chereau, and Mathias B. Jaffé in the above-captioned matter.  I have personal knowledge of the facts stated herein.

2.      Attached as Exhibit A are excerpts of a document titled "United States District Courts—National Judicial Caseload Profile," which were downloaded on May 11, 2020, from the website of the Administrative Office of the United States Courts.  I understand this document to compile the number of civil cases filed in each Federal District Court for 12-month periods ending December 31 from December 31, 2014, to December 31, 2019.  The excerpts attached as Exhibit A contain the pages for the United States District Court for the District of Massachusetts and the United States District Court for the District of New Jersey.

3.      Counsel for Defendants have conferred with counsel for Plaintiff John R. Afinowicz, who take no position on this Motion to Transfer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 13, 2020                              /s/ *Kenneth A. Brady*
                                                 Kenneth A. Brady