# Exhibit A

## U.S. District Court — Judicial Caseload Profile

**MASSACHUSETTS**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2014 | Dec 31 2015 | Dec 31 2016 | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 5,966 | 5,596 | 4,032 | 3,761 | 4,002 | 4,054 | | |
| | | Terminations | 3,681 | 3,939 | 3,887 | 4,882 | 5,463 | 5,653 | | |
| | | Pending | 7,025 | 8,674 | 8,830 | 7,721 | 6,262 | 4,664 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -32.0 | -27.6 | 0.5 | 7.8 | 1.3 | | 49 | 4 |
| | | Number of Judgeships | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | | Vacant Judgeship Months [2] | 23.4 | 7.0 | 12.0 | 12.0 | 24.0 | 24.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 459 | 430 | 310 | 289 | 308 | 312 | 84 | 4 |
| | | Civil | 403 | 362 | 239 | 231 | 241 | 231 | 74 | 2 |
| | | Criminal Felony | 34 | 45 | 46 | 37 | 46 | 59 | 75 | 4 |
| | | Supervised Release Hearings | 22 | 23 | 25 | 21 | 21 | 22 | 66 | 3 |
| | Pending Cases [2] | | 540 | 667 | 679 | 594 | 482 | 359 | 74 | 3 |
| | Weighted Filings [2] | | 368 | 345 | 292 | 287 | 308 | 317 | 78 | 3 |
| | Terminations | | 283 | 303 | 299 | 376 | 420 | 435 | 63 | 2 |
| | Trials Completed | | 10 | 12 | 10 | 11 | 12 | 12 | 67 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.2 | 15.1 | 12.2 | 14.1 | 14.0 | 12.2 | 69 | 3 |
| | | Civil [2] | 9.2 | 10.4 | 11.3 | 16.6 | 25.9 | 19.8 | 91 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 30.1 | 34.0 | 28.1 | 32.1 | 31.5 | 30.9 | 35 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 296 / 4.7 | 274 / 3.5 | 771 / 9.7 | 2,198 / 31.6 | 1,841 / 33.7 | 553 / 15.2 | 78 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.5 | 1.5 | 1.3 | 1.3 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 72.8 | 67.6 | 69.8 | 71.7 | 75.6 | 58.7 | | |
| | | Percent Not Selected or Challenged | 39.2 | 36.5 | 36.0 | 39.3 | 42.0 | 34.7 | | |

### 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,002 | 86 | 575 | 337 | 2 | 108 | 280 | 362 | 275 | 151 | 411 | 3 | 412 |
| Criminal [1] | 764 | 1 | 313 | 33 | 73 | 169 | 27 | 32 | 4 | 12 | 6 | 11 | 83 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**NEW JERSEY**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2014 | Dec 31 2015 | Dec 31 2016 | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 9,861 | 10,574 | 11,341 | 16,694 | 20,184 | 27,017 | | |
| | | Terminations | 9,281 | 10,284 | 9,584 | 10,742 | 13,399 | 13,137 | | |
| | | Pending | 9,708 | 10,013 | 11,722 | 17,686 | 24,972 | 38,764 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 174.0 | 155.5 | 138.2 | 61.8 | 33.9 | | 5 | 1 |
| | | Number of Judgeships | 17 | 17 | 17 | 17 | 17 | 17 | | |
| | | Vacant Judgeship Months [2] | 9.6 | 37.4 | 48.0 | 31.0 | 44.4 | 67.5 | | |
| **Actions per Judgeship** | **Filings** | Total | 580 | 622 | 667 | 982 | 1,187 | 1,589 | 2 | 1 |
| | | Civil | 527 | 576 | 626 | 941 | 1,136 | 1,521 | 2 | 1 |
| | | Criminal Felony | 43 | 34 | 28 | 29 | 41 | 57 | 79 | 4 |
| | | Supervised Release Hearings | 10 | 12 | 13 | 11 | 10 | 12 | 83 | 3 |
| | | Pending Cases [2] | 571 | 589 | 690 | 1,040 | 1,469 | 2,280 | 2 | 1 |
| | | Weighted Filings [2] | 586 | 583 | 545 | 713 | 903 | 1,051 | 4 | 2 |
| | | Terminations | 546 | 605 | 564 | 632 | 788 | 773 | 12 | 1 |
| | | Trials Completed | 8 | 12 | 8 | 7 | 7 | 8 | 89 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.1 | 11.4 | 15.5 | 10.9 | 8.4 | 9.0 | 34 | 3 |
| | | Civil [2] | 7.6 | 8.2 | 8.0 | 6.5 | 4.5 | 9.8 | 57 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 35.8 | 46.8 | 38.8 | 41.1 | 47.2 | 46.3 | 60 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 510 / 5.9 | 615 / 6.8 | 660 / 6.0 | 690 / 4.1 | 1,555 / 6.5 | 806 / 2.1 | 5 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.1 | 1.1 | 1.1 | 1.1 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 70.0 | 82.5 | 84.3 | 99.8 | 124.3 | 92.1 | | |
| | | Percent Not Selected or Challenged | 44.6 | 37.5 | 37.8 | 39.3 | 37.7 | 40.5 | | |

### 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 25,851 | 341 | 17,747 | 1,264 | 15 | 97 | 647 | 880 | 1,086 | 496 | 1,301 | 23 | 1,954 |
| Criminal [1] | 955 | 13 | 384 | 64 | 149 | 203 | 40 | 23 | 3 | 12 | 8 | 19 | 37 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."