## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2020, I caused a copy of the foregoing

- Notice of Motion to Transfer to the United States District Court for the District of Massachusetts;

- Memorandum of Law in Support of Defendants' Motion to Transfer to the United States District Court for the District of Massachusetts;

- Declaration of Seokho Bryan Yoon in Support of Motion to Transfer;

- Declaration of Kenneth A. Brady in Support of Motion to Transfer, with Exhibit A; and

- [Proposed] Order Granting Defendant's Motion to Transfer to the United States District Court of the District of Massachusetts;

to be served via ECF upon counsel of record.

/s/ Kenneth A. Brady
Kenneth A. Brady