**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
Kenneth A. Brady
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6261
Fax: (212) 230-8888
kenneth.brady@wilmerhale.com

Michael G. Bongiorno (*pro hac vice
pending*)
Alexandra B. Lavin (*pro hac vice
pending*)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
alexandra.lavin@wilmerhale.com

*Attorneys for Defendants LogicBio
Therapeutics, Inc., Frederic
Chereau, and Matthias B. Jaffé*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN R. AFINOWICZ, Individually and on behalf of all others similarly situated, <br><br>      Plaintiff, <br><br>      v. <br><br> LOGICBIO THERAPEUTICS, INC., FREDERIC CHEREAU, and MATTHIAS B. JAFFÉ, <br><br>      Defendants. | Case No. 2:20-cv-03009-MCA-LDW <br><br> **MOTION DATE: June 15, 2020** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

WHEREAS, Defendants LogicBio Therapeutics, Inc., Frederic Chereau, and Mathias B. Jaffé have moved for entry of an Order pursuant to 28 U.S.C. § 1404(a) transferring this matter to the United States District Court for the District of Massachusetts; and the Court having considered this matter, and for good cause shown:

IT IS on this ____ day of _____, 2020, ORDERED that:

Defendants' Motion to Transfer this matter to the United States District Court for the District of Massachusetts is GRANTED; and it is

FURTHER ORDERED that the Clerk shall take all actions necessary to promptly effect the transfer of this action to the United States District Court for the District of Massachusetts; and it is

FURTHER ORDERED that all motions and matters currently pending before this Court shall be held in abeyance, and all deadlines for responding shall be extended, pending the completion of the transfer to the District of Massachusetts.

So Ordered,

_____
Hon. Madeline Cox Arleo