UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. AFINOWICZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOGICBIO THERAPEUTICS, INC., FREDERIC CHEREAU, and MATTHIAS B. JAFFÉ,<br><br>Defendants. | No.: 1:20-cv-11158-WGY<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff John R. Afinowicz, through his counsel, hereby voluntarily dismisses this action against all defendants as to all claims, without prejudice. No Defendant has either answered the complaint or filed a motion for summary judgment. The parties agree that each shall bear his, her, or its own fees and costs.

Dated: April 5, 2021

**THE ROSEN LAW FIRM, P.A.**
/s/ *Jacob A. Goldberg*
Jacob A. Goldberg
Gonen Haklay
Joshua Baker
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
Email: ghaklay@rosenlegal.com
Email: jbaker@rosenlegal.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2021, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg